IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 14-80044-CR-Cohn/Seltzer

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GEORGES LUCIEN,

        Defendant.

_____/

**NOTICE OF FILING LETTERS FOR CONSIDERATION
AT SENTENCING OF DEFENDANT, GEORGES LUCIEN**

COMES NOW the Defendant, GEORGES LUCIEN, and attaches character reference

letters for consideration by the Court at the sentencing of Mr. Lucien.

Respectfully submitted,

*s:/James S. Benjamin*
JAMES S. BENJAMIN, ESQ.
Benjamin, Aaronson, Edinger & Patanzo, P.A.
sexlaw@bellsouth.net
One Financial Plaza; Suite 1615
Fort Lauderdale, Florida 33394
(954) 779-1700
Fla. Bar No 293245
Attorney for Defendant, Georges Lucien

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was electronically filed with the Clerk
of Court using the CM/ECF system and a copy was provided through the CM/ECF
system to Assistant US Attorney Lothrop Morris this 16th day of July, 2014.

*s:/ James S. Benjamin*
JAMES S. BENJAMIN, ESQ.

Monday, June 30, 2014


TO; Judge Cohen

Dear Your Honor;

I'm writing this letter regarding my nephew George's Y Lucien whose schedule to be sentenced the 30th of July 2014.
Your Honor, Mrs. George's is a very humble, loving, and respectful young men. He's very smart graduated from Atlantic High School with a 3.0 GPA. Georges attending Community College at Tallahassee. Your Honor I remember when my nephew who I love deeply have to leave my sister house to go away for college it wasn't easy to let him go, but at the time we thought it was for the best   We drove him there, and we pray with him left him in the hands of the God, but that doesn't stop him to be where he is today. Your Honor my nephew has remorse for his wrongdoing he apologize by put us down and put a shame on our face. Therefore Your Honor I think it's completely wrong if I asks not to punish him for breaking the low. Your Honor only favor   I'm asking from you is to reduce his sentence .I will fully understand and respect your decision based on the fact's of justice, I regretfully that   I'll not be able to attend the judgment due to a Missionary travel. I thank you in advance may God bless.


LOUCILIA LAGUERRE

Nonette S. Orne
3455 Place Valencay
Delray beach fl, 33445

Honorable Judge Cohen
Broward county
Florida State

Dear honor,
My name is Nonette S. Orne. I am the mother of Georges Y. Lucien who's presently incarcerated in
Miami federal Detention on a criminal charge with sentence by you will be shortly pronounced.
Dear honor, I just want to explain you a few facts about my son. Georges is a very good son, the greatest
brother, and the best friend for the whole family. Georges is just making some making a wrong turn, at
the wrong place in the wrong time. But sometimes it takes time to realize we are in the wrong direction.
This is exactly what happen to my only lovely son Georges. We're been living in the neighborhood for 14
years, we included my son never had any problem with any one .
Dear honor, please take a few minute to think about a mother's pain . I know you are doing your job,
therefore I am asking you please to give another chance to Georges, because while inside, we already have
plan for a better future. I guarantee he is very mature now and doing the right thinking. Georges is get has
everything to succeed my honor, he is smart, respectful, caring loving, he is the best brother and the best
friend for his sisters. Please help us to bring some joy back in the family because since he left it's only
pain and darkness. Georges is the only one who knows when I'm sad or happy; and he always find a way
to change my mood. Please give us a chance and we will use it wisely, I promise!

I am so grateful today for knowing that you read my letter, I thank you very much and I will respect you
decision.

With respect and appreciation
Nonette Orne July 05,2014

Gabriel Orne
3455 place Valencay
Delray beach fl 33445

To the judge of Broward county,

Honorable judge today is a very big day for me to send you this note regarding my step son Georges Lucien. He's a very bright and gifted son, in school, at work, and in the house. He is always ready to help. I don't know how he got himself in that trouble; because George is not a bad kid at all. It's a surprise for the family and relative to learn about him in this kind of trouble.

Since 2000 he came from Haiti; he never been disrespectful to anyone, He's a lovely kid who had negative influences. But sometimes things happen for a good reason. because he states while in jail the lesson that he's getting now is worth all of his 22 years out. So he's ready for the real world now. That makes all of us happy, because a very intelligent, respectful, lovely, kid like Georges shouldn't have to learn this way but it's already done this is why I am asking you please not judge him just as a judge but as a parent who always gave a second chance to their child to learn from their mistakes. Georges is the only son we have. No one else can replace him in his absence. I miss his presence in the house. Every time I see him, I smile because I have to raise my head to talk to him while I remember 13 years ago when I had to bend down to talk to him when he first came to the US.

Please judge Cohen, as a father, a brother I am asking you to give my step son Georges the minimum sentence possible so he can have another chance in life.

Sincerely Gabriel Orne
July07/2014

07-06-14

Dear  Judge Cohen,

My name is Regina Orne and I am in the 12th grade proud to say, and on track to graduate high school this next year. You may be wondering why I said I am so proud to be on track for graduation, well I have developed goals and aspirations due to my brother. My brother Georges has taught me so many life lesson and pushed me to believe in myself. He taught me that nothing in life can not be achieved if you put your mind to it and nothing great can not be concurred  if you yourself become greater than the best. My favorite brother as I liked to call him use to tell me all the time in life if you are not an asset you're a liability.
 To be completely honest it is really easy to be a liability if you do not have a motivation or goals, my brother use to sit and talk to me all the time slowly those long talks got to me and built up my self esteem. So much so that I created goal and he assured that he would always be there to support me. I believe in life you are entitled to mistakes I personally view "mistakes" as lessons, lessons which we all must insure to become a better person. For example if a doctor goes to medical school and learns a patient with a broken arm needs a tight cast brace. This doctor receives  a patient with a broken arm gives this individual a loose arm brace and sees that it take longer than usually to heal. The doctor review his notes a find out that the brace was not tight enough and correct his "mistake" now this doctor will be able to face every broken arm accurately because he had the time to see where exactly he messed up and is now able to correct and improve his practice. This is just an example that everyone has something that they do that can change them to become better. My favorite brother is not a criminal and it breaks my heart that he is going to be trialed as one but what I really would like to ask is please allow my brother to receive the minimum so that he is able to come out and fix himself and become the best that he could be show the world his intelligence and grace. My favorite brother has everything great to offer society the only thing I am asking is that you would please give him the opportunity.

Regina Orne

To Judge Cohen
July 06 ,14

Dear honor,

I am Gaelle s. Orne, I am 13 years old and not proud of it. Because I did not have a birthday party. Celebrate my first year of a teen without my best friend, best brother will be a disaster. I could not afford it. Without my brother there is no happiness. I was able to keep up on my grades in school after he got arrested, because I knew he will be mad to know that I am not doing well in school. Even though he knows I am an A student in the IB program, he always pushing me to do more. Georges my best friend, my brother, is a lovely person for the family and even for others. I only think he did not use his mind right for a little bid; but I am sure dear honor, he is ready for the real life now. And what brings more sadness, a day after his trial will be his Birthday without us. Would you please be kind enough to let us celebrate him at home? I will be praying for you and your family everyday for the rest of my life. Dear honor, we need him .No one is happy, you should see that transformation in the house. Going to 8grade without my brother will be the hardest thing for me. Who's going to tell me what to wear for school or not? Who's going to carry me to the car on first day school ? Who's is going to give me the lecture about being the best on all aspects? Mommy always does her part; but not like my brother. He is the only brother I have but I call him best brother because he is. He gives me all kinds of crazy and lovely names, I miss him deeply that sometimes I cant even eat or sleep. He kept on telling us how sorry he is to hurt us, but I am very worry about him. Dear honor please light up my days again. This time he will listen to us, specially me.

Gaelle S. Orne    just a favor, just for one time.

Gaelle S. orne